THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-238-RAJ |
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DUE DATE |
| v. | |
| KENNETH SHENEFELT, | |
| Defendant. | |

The Court has considered the unopposed motion to continue the pretrial motions deadline and all the records in this case, and finding good cause,

IT IS NOW ORDERED that the unopposed motion (Dkt. #23) is GRANTED. The due date for pretrial motions is extended from October 26, 2017 to November 9, 2017.

DATED this 24th day of October, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO CONTINUE PRETRIAL
MOTIONS DUE DATE
(*Kenneth Shenefelt*, CR17-238-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
**(206) 553-1100**