UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR17-238-RAJ |
| Plaintiff, | ) ) | ORDER FOR FEDERAL PUBLIC |
| v. | ) ) ) | DEFENDER TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF SUBSTITUTE CJA COUNSEL |
| KENNETH SHENEFELT, | ) ) | |
| Defendant. | ) ) | |

The Court has considered the *ex parte* motion filed by the Federal Public Defender to withdraw as counsel for Kenneth Shenefelt and to request substitute CJA counsel. The Court has also considered the declaration in support of the motion and all the records in this case, and finding good cause,

IT IS NOW ORDERED that the motion is GRANTED. Ashwin Cattamanchi and the Office of the Federal Public Defender be withdrawn from this case and that substitute CJA counsel be appointed from the CJA panel.

DATED this 20th day of November, 2017.

_____
The Honorable Richard A. Jones
United States District Judge